**Order entered January 9, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01511-CV

### HARRIS HOSPICE, INC., Appellant

### V.

### GLEN JONES, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF RUTH JONES, DECEASED, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12742**

## ORDER

Before the Court is appellant's January 7, 2019 unopposed motion for an extension of time to file a brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent that appellant shall file its brief by **January 28, 2019**.

/s/     ERIN A. NOWELL
         JUSTICE